**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

James Clark, Jr., Respondent,

v.

Pyramid Masonry Contractors Inc., and Hartford Fire Insurance Company, Appellants.

Appellate Case No. 2012-212898

---

Appeal From Fairfield County
Brooks P. Goldsmith, Circuit Court Judge

---

Unpublished Opinion No. 2014-UP-058
Heard January 9, 2014 – Filed February 12, 2014

---

**DISMISSED**

---

J. Kevin Couch, Willson Jones Carter & Baxley, P.A., of Greenville, for Appellants.

Gary Walton Popwell, Jr., Lee Eadon Isgett & Popwell, of Columbia, for Respondent.

---

**PER CURIAM:** Pyramid Masonry, Inc. and Hartford Fire Insurance Company appeal the order of the trial judge affirming the Workers' Compensation

Commission's granting of benefits to James Clark, Jr.  We dismiss pursuant to Rule 220(b), SCACR, and the following authorities:

As to interlocutory appeal:  *Bone v. U.S. Food Serv*., 404 S.C. 67, 76, 744 S.E.2d 552, 557 (2013) (stating that an order of the circuit court remanding a case for additional proceedings before an administrative agency is not directly appealable).

**DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**